IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOE DANIEL ADAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv406 |
| LORI OLVIER, ET AL. | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Joe Daniel Adams, an inmate confined at the Shelby County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.

Discussion

The Civil Rights Act, 42 U.S.C. § 1981, under which this case is brought, does not contain a specific venue provision. As a result, venue in civil rights cases is controlled by 28 U.S.C. § 1391.

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendant reside or in which the claim arose. However, under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interests of justice, a district court may transfer any civil action to any other district or division where it could have been brought.

The actions allegedly taken by the defendants took place in Shelby County, Texas, which is located in the Lufkin Division of the United States District Court for the Eastern District of Texas. Plaintiff's claims therefore arose in the Lufkin Division. The defendants also appear to reside in the Lufkin Division. However, this case was filed in the Beaumont Division.

The court has considered the circumstances and determined that the interest of justice would be served if the complaint were transferred to the division in which the claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Lufkin Division of the United States District Court for the Eastern District of Texas.

SIGNED this 7th day of December, 2023.

_____
Zack Hawthorn
United States Magistrate Judge